IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

NUSRATH IQBAL, an individual,

          Plaintiff,

v.

INTEGRA STAFFING SERVICES INC., an Illinois corporation; MOHAMMED JAWED, an individual; EXPERT MEDICAL GROUP S.C., an Illinois corporation,; and AKBER KHAN, an individual,

          Defendants.

Case No. 1:18-cv-01947

Judge Charles R. Norgle

## ORDER

Before the Court is Plaintiff's petition for an award of attorney fees and costs totaling $58,810.50 [133]. Defendant argues that the requested amount is unreasonable. Defendant asserts in part that Plaintiff's fees should be reduced by: (1) $2,002.50 for claimed hours that were allegedly unrelated to the FLSA, IMWA, or IWCPA; (2) $5,316.50 for claimed hours that were allegedly unnecessary or unrelated to the claims against Expert and Khan; and (3) $700.00 for claimed hours that involved allegedly ministerial tasks.

"A request for attorney's fees should not result in a second major litigation." Divane v. Krull Elec. Co., 319 F.3d 307, 314 (7th Cir. 2003). The 7th Circuit has therefore "granted wide latitude to district courts in setting awards of attorney's fees, for 'neither the stakes nor the interest in uniform determination are so great as to justify microscopic appellate scrutiny.'" Id. (quoting Ustrak v. Fairman, 851 F.2d 983, 987 (7th Cir.1988)).

The Court agrees with Defendant, but having reviewed Plaintiff's submission, the Court finds that an award of $50,000.00 is reasonable and warranted given the extended nature of the case and trial. The Court therefore awards Plaintiff's counsel $50,000.00 in fees and costs.

    IT IS SO ORDERED.          ENTER:

                                                      CHARLES RONALD NORGLE, Judge
                                                      United States District Court

DATE: January 9, 2020